1
2
3
4
5                                                                            *E-FILED - 8/7/09*
6
7
8
9          IN THE UNITED STATES DISTRICT COURT
10         FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
12   ROBERT SIMMS,                    )    No. C 09-2479 RMW (PR)
                                      )
13              Plaintiff,            )    JUDGMENT
                                      )
14       v.                           )
                                      )
15   DR. GRANT, et al.,               )
                                      )
16              Defendants.           )
     _____)
17
18       The court has dismissed the instant civil rights action without prejudice.  A judgment of dismissal without prejudice is entered.  The clerk shall close the file.
19
20       IT IS SO ORDERED.

     DATED:  8/5/09
21                                         _____
                                           RONALD M. WHYTE
22                                         United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.09\Simms479jud.wpd